EDPA Emergency Filing April 2026.pdf • Powered by Box

**Name:**

**Brandon Grossinger**

**Email Address:**

**bgrossinger@gmail.com**

**Phone Number**

**2155342451**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**Verified_Emergency_Complaint_and_TRO_Grossinger_v_Apria_et_al.pdf**

**Case Number**

**New case**

**Description of Document(s)**

**Verified Emergency Complaint and Motion for Temporary Restraining Order and Preliminary Injunction**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**4298 tersher dr**

**City:**

**Doylestown**

**State:**

**PA**

**Zip Code:**

**18902-5636**

**Terms of Submission**

**Yes**

Show empty values