IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON GROSSINGER,                     :
    Plaintiff,                          :
                                        :
v.                                      :     CIVIL ACTION NO. 26-CV-2601
                                        :
APRIA HEALTHCARE LLC, *et al.*,         :
    Defendants.                         :

## ORDER

AND NOW, this 1st   day of June, 2026, upon consideration of Plaintiff Brandon Grossinger's Motion to Proceed *In Forma Pauperis* (ECF No. 7), *pro se* Amended Complaint (ECF No. 8), and Motions for Temporary Restraining Orders (ECF Nos. 2, 9), it is **ORDERED** that:

1.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.     The Amended Complaint is **DEEMED** filed.

3.     The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4.     The Motions for Temporary Restraining Orders are **DENIED**.

5.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

S/ WENDY BEETLESTONE

_____

**WENDY BEETLESTONE, C. J.**